UNITED STATES DISTRICT COURT
SOUTHERN District of Florida
FT. LAUDERDALE DIVISION

SUMMONS IN A CIVIL CASE
Case No.: **00-6007**

**CIV-JORDAN**

MAGISTRATE JUDGE
BANDSTRA

ADVOCATES FOR THE DISABLED, INC. a
Florida not-for-profit corporation, PETER SPALLUTO,
Individually, and ERNST ROSENKRANTZ, Individually,

Plaintiff(s),
vs.

POMPANO LAND, LLC, a Florida Limited Liability Company,

Defendant(s).
_____/

To:   POMPANO LAND, LLC, a Florida Limited Liability Company
      By serving its registered agent:
      KTG&S REGISTERED AGENT CORPORATION
      100 S.E. 2ND STREET, 28TH FLOOR
      MIAMI, FL 33131

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiffs' attorney:

Lawrence A. Fuller, Esquire
Fuller, Mallah & Associates, P.A.
1111 Lincoln Road, PH 802
Miami Beach, FL 33139
Tel: (305) 538-6483
Fax: (305) 534-9894

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                              JAN 0 5 2000

Clerk                                        Date

(By) Deputy Clerk

W:\WPDocs\A.D.A\#1235-POMPANO LAND LLC\Summons(cme).wpd

