AFFIDAVIT OF SERVICE

Case No: 00-6007 CIV JORDAN

---------- TO BE SERVED ----------
POMPANO LAND, LLC
100 S.E. 2ND STREET, 28TH FLOOR
MIAMI, FL. 33131

---------- COURT ----------
IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE SOUTHERN DISTRICT OF
FLORIDA

ADVOCATES FOR THE DISABLED, INC.
VS.
POMPANO LAND, LLC

---------- WRIT ----------
SUMMONS IN A CIVIL ACTION

---------- SERVED FOR ----------
LAWRENCE A. FULLER, ESQ.
FULLER, MALLAH AND ASSOCIATES
1111 LINCOLN ROAD MALL
SUITE #802
MIAMI BEACH, FLORIDA 33139-2493

---------- INFORMATION ----------
Court Date :
Court Time :
Witness Fee$
Doc. Type : Original
Atty File #:

I received this process 01/05/72 at 2:52 PM and it was served 01/14/00 at 2:35 PM
in DADE COUNTY, FLORIDA.

On: POMPANO LAND, LLC
At: 100 S.E. 2ND STREET, 28TH FLOOR
    MIAMI, FL. 33131

CORPORATE SERVICE:

By delivering a copy of this writ, the date and hour of service endorsed
by me, and a copy of plaintiff's initial pleading as furnished by the
plaintiff to:
                KTG&S REGISTERED AGENT CORPORATION
                REGISTERED AGENT
of said corporation in the absence of any superior officer or director
as defined by Florida statute.

OTHER RETURNS:

PLAINTIFF(S)' REQUEST FOR ADMISSIONS "ADA"; REQUEST FOR PRODUCTION;
NOTICE OF SERVICE OF INTERROGATORIES.
BY SERVING SUSAN MARRERO, EMPLOYEE OF KTG&S REGISTERED AGENT CORPORATION

I acknowledge that I am a certified process server in the circuit in which the defendant was
served. I acknowledge that I have no interest in the above action.

I hereby certify that I am not a party to the above
action, am over 18 years of age, that the above affi-
davit is true and correct, and that service was made
in accordance with Rule 1.410(C) Florida R.C.P., and
Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C., and
Section 520 Ft. Sec.

The foregoing instrument was acknowledged
before me this 17 day of January, 1972
BY HUGO V. MATA,
who is personally known to me, or who has
produced a _____D/L_____ as identification
and who DID take an oath.

PROCESS SERVER: HUGO V. MATA (324)
CAPLAN/MARKOWITZ & KAYE (305) 374-2425
CPS Number: 739711

Rec'd in MIA DKT 1-24-2000

NOTARY PUBLIC NAME AND TITLE: BRENDA TAYLOR
/MF Commission # CC815829
Expires March 8, 2003
1-800-3-NOTARY Fla. Notary Service & Bonding Co.

# UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida
### FT. LAUDERDALE DIVISION

SUMMONS IN A CIVIL CASE

Case No.: 00-6007 CIV-JORDAN

MAGISTRATE JUDGE BANDSTRA

(BA)

Susan Marrero
1-14-00 2:35p

ADVOCATES FOR THE DISABLED, INC. a
Florida not-for-profit corporation, PETER SPALLUTO,
Individually, and ERNST ROSENKRANTZ, Individually,

    Plaintiff(s),

vs.

POMPANO LAND, LLC, a Florida Limited Liability Company,

    Defendant(s).

To:    POMPANO LAND, LLC, a Florida Limited Liability Company
By serving its registered agent:
KTG&S REGISTERED AGENT CORPORATION
100 S.E. 2ND STREET, 28TH FLOOR
MIAMI, FL 33131

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiffs' attorney:

Lawrence A. Fuller, Esquire
Fuller, Mallah & Associates, P.A.
1111 Lincoln Road, PH 802
Miami Beach, FL 33139
Tel: (305) 538-6483
Fax: (305) 534-9894

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
Clerk

(By) Deputy Clerk

JAN 0 5 2000
Date

W:\WPDocs\A.D.A\#1235-POMPANO LAND LLC\Summons(cme).wpd

239711