UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE NO.: 00-6007-CIV-JORDAN
MAGISTRATE JUDGE: BANDSTRA

ADVOCATES FOR THE DISABLED, INC., et al,

    Plaintiffs,

vs.

POMPANO LAND, LLC., et al.,

    Defendants.
_____/

**PLAINTIFFS' MOTION FOR ENTRY OF CLERK'S
DEFAULT AGAINST DEFENDANT, POMPANO LAND, LLC**

The Plaintiffs, Advocates for the Disabled, Inc., Peter Spalluto and Ernst Rosenkrantz, pursuant to the provisions of Rule 55(a) of the F.R.Civ.P., request the Clerk of this Court to enter a Default against the Defendant POMPANO LAND, LLC. The Defendant, having been served with the Summons and Complaint in this action on January 14, 2000, as evidenced by the attached Return of Service and the Defendant, having failed to file any paper as required.

DATED this 6th day of March, 2000.

    FULLER MALLAH & ASSOCIATES, P.A.
    Attorneys for Plaintiffs
    1111 Lincoln Road, Suite 802
    Miami Beach, FL 33139-2493
    Tel: (305) 538-6483 (Dade)
    Tel: (305) 463-6570 (Brwd)
    Fax: (305) 534-9894

    By: _____
    JEFFREY A. BLAKER, ESQ.
    Fla. Bar No.: 443913

W:\WPDocs\A.D.A\#1235-POMPANO LAND LLC\M4Default(kl).wpd(sp)

CASE NO.: 00-6007-CIV-JORDAN

## DEFAULT

The Defendant, POMPANO LAND, LLC., having been served with the Complaint and Summons in this action, and they having failed to file any paper as required by law a Default is hereby entered on this _____ day of _____, 2000.

_____
CLERK OF COURT

W:\WPDocs\A D.A\#1235-POMPANO LAND LLC\M4Default(kl).wpd(sp)