UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### CLERK'S DEFAULT

Advocates for the Disabled, et al,

    Plaintiff(s),

v.

**Pompano Land, LLC,**

    Defendant(s).
_____/

CASE NO. 00-6007-Civ-Jordan

FILED by WC D.C.
Mar 8, 2000
CLARENCE MADDOX
CLERK
U.S. DIST. CT.
S.D. OF FLA.

It appearing that the defendant herein, **Pompano Land, LLC,**, is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant Pompano Land, LLC,, as of course, on this date March 8, 2000.

**CLARENCE MADDOX**
CLERK OF COURT

By: _____
    Deputy Clerk