*NON-COMPLIANCE OF S.D. Fla. L.R. 5.1.B*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE NO.: 00-6007-CIV-JORDAN
MAGISTRATE JUDGE: BANDSTRA

ADVOCATES FOR THE DISABLED, INC., et al,

    Plaintiffs,

vs.

POMPANO LAND, LLC., et al.,

    Defendants.
_____/



## PLAINTIFFS' NOTICE OF CERTIFIED MAILING

The Plaintiffs, ADVOCATES FOR THE DISABLED, INC., PETER SPALLUTO AND ERNST ROSENKRANTZ, by and through their undersigned counsel, hereby file this Notice that a copy of the Court's Default Final Judgment together with a Return of Service was sent by Certified Mail to Defendant's Registered Agent, to wit, KTG&S REGISTERED AGENT CORPORATION, 100 S.E. 2nd Street, 28th Floor, Miami, Florida 33131.

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via U.S. Mail Certified Mail on this ___ day of March, 2000 to:

KTG&S Registered Agent Corporation
100 S.E. 2nd Street, 28th Floor
Miami, Florida 33131

Pompano Beach Motor Lodge, ATTN: MANAGER
1112 North Ocean Boulevard
Pompano Beach, Florida

                                    FULLER MALLAH & ASSOCIATES, P.A.
                                    Attorneys for Plaintiffs
                                    1111 Lincoln Road, Suite 802
                                    Miami Beach, FL 33139-2493
                                    Tel: (305) 538-0483 (Dade)
                                    Tel: (305) 463-6570 (Brwd)
                                    Fax: (305) 534-9894

                                    By: _____
**MAR 2 2 2000**
                                          JUDD A. ARONOWITZ, ESQUIRE
Rec'd in MIA Dkt                          Fla. Bar No.: 316148
W:\WPDocs\FMA\#1235-POMPANO LAND LLC\NtCertMailing(jln).wpd(sp)

#1235


MAR - 9 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### CLERK'S DEFAULT

Advocates for the Disabled, et al,    CASE NO. 00-6007-Civ-Jordan

    Plaintiff(s),

v.

**Pompano Land, LLC,**

    Defendant(s).
_____/

```
FILED by _____ D.C.
Mar 8, 2000
CLARENCE MADDOX
CLERK
U.S. DIST. CT.
S.D. OF FLA.
```

It appearing that the defendant herein, **Pompano Land, LLC,**, is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant Pompano Land, LLC,, as of course, on this date March 8, 2000.

                            **CLARENCE MADDOX**
                            CLERK OF COURT

                   By: _____
                          Deputy Clerk

AFFIDAVIT OF SERVICE

FILE
1235

Case No: 00-6007 CIV JORDAN

------------- TO BE SERVED -------------
POMPANO LAND, LLC
100 S.E. 2ND STREET, 28TH FLOOR
MIAMI, FL. 33131

------------- COURT -------------
IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE SOUTHERN DISTRICT OF
FLORIDA

ADVOCATES FOR THE DISABLED, INC.
VS.
POMPANO LAND, LLC

------------- WRIT -------------
SUMMONS IN A CIVIL ACTION

------------- SERVED FOR -------------
LAWRENCE A. FULLER, ESQ.
FULLER, MALLAH AND ASSOCIATES
1111 LINCOLN ROAD MALL
SUITE #802
MIAMI BEACH, FLORIDA 33139-2493

------------- INFORMATION -------------
Court Date :
Court Time :
Witness Fee$
Doc. Type   : Original
Atty File #:

I received this process 01/05/72 at 2:50 PM and it was served 01/14/00 at 2:35 PM in DADE COUNTY, FLORIDA.

2/9/00 - ∆'s Response to Complaint

On: POMPANO LAND, LLC
At: 100 S.E. 2ND STREET, 28TH FLOOR
    MIAMI, FL. 33131

3/4/00 - ∆'s Answers to Interrogatori

CORPORATE SERVICE:

3/9/00 - JSReport is due

By delivering a copy of this writ, the date and hour of service endorsed by me, and a copy of plaintiff's initial pleading as furnished by the plaintiff to:
    KT&S REGISTERED AGENT CORPORATION
    REGISTERED AGENT
of said corporation in the absence of any superior officer or director as defined by Florida statute.

ENTERED
JAN 19 2000

OTHER RETURNS:

PLAINTIFF(S)' REQUEST FOR ADMISSIONS "ADA"; REQUEST FOR PRODUCTION;
NOTICE OF SERVICE OF INTERROGATORIES.
BY SERVING SUSAN MARRERO, EMPLOYEE OF KT&S REGISTERED AGENT CORPORATION

I acknowledge that I am a certified process server in the circuit in which the defendant was served. I acknowledge that I have no interest in the above action.

I hereby certify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true and correct, and that service was made in accordance with Rule 1.410(C) Florida R.C.P., and Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C., and Section 520 Ft. Seq.

The foregoing instrument was acknowledged before me this 17 day of January, 1972 BY HUGO V. MATA, who is personally known to me, or who has produced a    D/L    as identification and who   DID   take an oath.

PROCESS SERVER: HUGO V. MATA (324)
CAPLAN/MARKOWITZ & KAYE  (305) 374-3436
CPS Number:  739711

NOTARY PUBLIC OR PUBLIC OFFICER
AND TITLE OR RANK / CCN