

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6007-CIV-JORDAN

ADVOCATES FOR THE DISABLED et al.  )
          Plaintiffs )
)
vs. )
POMPANO LAND, LLC, et al )
          Defendants )

**ORDER REQUIRING STATUS REPORT**

There has been no activity docketed in this case since March 20, 2000. Counsel for the plaintiff is ordered to provide the Court a status report by no later than July 28, 2000.

DONE and ORDERED in chambers in Miami, Florida, this 20th day of July, 2000.

                                        Adalberto Jordan
                                        United States District Judge

Copy to:    Judd A. Aronowitz, Esq. (fax: 305-534-9894)