

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6007-CIV-JORDAN

| | |
|---|---|
| ADVOCATES FOR THE DISABLED, INC., *et al.* | ) ) |
| Plaintiffs | ) ) |
| vs. | ) ) |
| POMPANO LAND, LLC | ) ) |
| Defendant | ) |

### ORDER TO SHOW CAUSE

By August 31, 2000, the plaintiffs are ordered to show cause why the complaint should not be dismissed for lack of standing.

DONE and ORDERED in chambers in Miami, Florida, this 11th day of August, 2000.

_____
Adalberto Jordan
United States District Judge

Copy to:   KTG&G Registered Agent Corp.
           Fuller Mallah & Associates, P.A.

AUG 1 5 2000

Rec'd in MIA Dkt _____

