UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6007-CIV-JORDAN

FILED by _____ D.C.

SEP - 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

ADVOCATES FOR THE DISABLED, )
INC., *et al.* )
        Plaintiffs )
)
vs. )
)
POMPANO LAND, LLC )
        Defendant )

**CLOSED CIVIL CASE**

### FINAL DEFAULT JUDGMENT GRANTING INJUNCTIVE RELIEF

Pursuant to Federal Rule of Civil Procedure 55, the Court enters final default judgment for plaintiffs Advocates for the Disabled, Inc., Peter Spalluto, and Ernst Rosenkrantz, and against defendant Pompano Land, LLC.

By December 15, 2000, Pompano Land shall comply with all sections of the American Disabilities Act, 42 U.S.C. § 12181, *et seq.*, and the ADA Accessibility Guidelines, 29 C.F.R. 36, as specifically set out in paragraph 13 of the plaintiffs' complaint. By December 15, 2000, Pompano Land shall file a notice of compliance with the Court, setting forth in detail whether it has conformed its premises to the requirements of the ADA. If Pompano Land requires more time to comply with this order, it shall explain in detail what work has been done and what work remains to be done.

The plaintiffs shall serve (by process server) a copy of this default judgment order and their motion for entry of judgment after default upon (1) the appropriate agent for Pompano Land and (2) the manager of the Pompano Beach Motor Lodge. The plaintiffs shall then certify to the Court that service has been made.



Upon proper motion, the Court will determine whether attorney's fees and costs are appropriate. All other motions are DENIED AS MOOT. This case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 7th day of September, 2000.

*[signature]*
Adalberto Jordan
United States District Judge

Copy to:  KTG&G Registered Agent Corp.
Fuller Mallah & Associates, P.A.
Manager, Pompano Beach Motor Lodge