# RETURN OF SERVICE

Case No: 00-6007-CIV-JORDAN

| TO BE SERVED | COURT |
|---|---|
| POMPANO LAND, LLC<br>100 SE 2ND STREET<br>28TH FLOOR'<br>MIAMI, FLORIDA | IN THE U.S. DISTRICT COURT IN AND FOR THE<br>SOUTHERN DISTRICT OF FLORIDA |

| STYLE | WRIT |
|---|---|
| ADVOCATES FOR THE DISABLED, INC<br>VS.<br>POMPANO LAND | FINAL DEFAULT JUDGMENT GRANTING INJUNCTIVE RELIEF |

| SERVED FOR | INFORMATION |
|---|---|
| JOHN D. MALLAH, ESQUIRE<br>FULLER, MALLAH AND ASSOCIATES<br>1111 LINCOLN ROAD, SUITE #802<br>MIAMI BEACH, FLORIDA, 33139 | Court Date:          Court Time:<br>Witness Fee:<br>Document Type: Original<br>Atty File #       1235 |

I received this process 09/14/00 at 3:34 PM and it was served 09/18/00 at 4:10 PM in DADE COUNTY, FLORIDA.

> POMPANO LAND, LLC
> 100 SE 2ND STREET
> 28TH FLOOR'
> MIAMI, FLORIDA

**CORPORATE SERVICE: (FS 48.081)**

By delivering a copy of the FINAL DEFAULT JUDGMENT GRANTING INJUNCTIVE RELIEF, the date and hour of service endorsed by me, and a copy of plaintiff's initial pleading as furnished by the plaintiff to:

> SUSAN MARREAU
> EMPLOYEE

of said corporation in the absence of any superior officer or director as defined by Florida statute

**OTHER RETURNS:**

BRENDA TAYLOR
My Commission # CC 815829
Expires: March 8, 2003
1-800-3-NOTARY  Fla. Notary Service & Bonding Co

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server/Sheriff Appointed in the circuit in which this defendant was served and have no interest in the above action persuant to F.S. 92.525(2).

I hereby certify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true and correct, and that service was made in accordance with Rule 1.410(C) Florida R.C.P., and Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C., and section 520 Et. Seq.

PROCESS SERVER: JOSE GARCELL (48)
CAPLAN, CAPLAN AND KAYE (305) 374-3426
CPS Number: 00805666-001

The foregoing instrument was acknowledged before me this 22 day of September, 2000 BY JOSE GARCELL, who is personally known to me, or who was produced a D/L as identification and who DID take an oath.

NOTARY PUBLIC OR PUBLIC OFFICER
AND TITLE OR RANK / CCN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6007-CIV-JORDAN



FILED by _____ D.C.
SEP - 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

ADVANCES FOR THE DISABLED, )
INC., et al. )
                                        )           CLOSED
            Plaintiffs                  )
                                        )           CIVIL
vs.                                     )
                                        )           CASE
POMPANO LAND, LLC                       )
                                        )
            Defendant                   )

SUSAN MARRERO
9-18-00  4/0 PM
JOSE GARCIA #117

### FINAL DEFAULT JUDGMENT GRANTING INJUNCTIVE RELIEF

Pursuant to Federal Rule of Civil Procedure 55, the Court enters final default judgment for plaintiffs Advocates for the Disabled, Inc., Peter Spalluto, and Ernst Rosenkrantz, and against defendant Pompano Land, LLC.

By December 15, 2000, Pompano Land shall comply with all sections of the American Disabilities Act, 42 U.S.C. § 12181, *et seq.*, and the ADA Accessibility Guidelines, 29 C.F.R. 36, as specifically set out in paragraph 13 of the plaintiffs' complaint. By December 15, 2000, Pompano Land shall file a notice of compliance with the Court, setting forth in detail whether it has conformed its premises to the requirements of the ADA. If Pompano Land requires more time to comply with this order, it shall explain in detail what work has been done and what work remains to be done.

The plaintiffs shall serve (by process server) a copy of this default judgment order and their motion for entry of judgment after default upon (1) the appropriate agent for Pompano Land and (2) the manager of the Pompano Beach Motor Lodge. The plaintiffs shall then certify to the Court that service has been made.

POSTED
TASKED TO JPF
FOR 9/11/00.

Pompano Land LLC
By Serving KT&S R.A. Corp
100 SE 2nd Street
2nd Floor
Miami, FL

File #
00  1231

Upon proper motion, the Court will determine whether attorney's fees and costs are appropriate. All other motions are DENIED AS MOOT. This case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this ___ day of September, 2000.

*Adalberto Jordan*
Adalberto Jordan
United States District Judge

Copy to:   KTG&G Registered Agent Corp.
Fuller Mallah & Associates, P.A.
Manager, Pompano Beach Motor Lodge

John D. Mallah

2