UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE NO.: 00-6007-CIV-JORDAN
MAGISTRATE JUDGE: BANDSTRA

ADVOCATES FOR THE DISABLED, INC., et al,

    Plaintiffs,

vs.

POMPANO LAND, LLC., et al.,

    Defendants.

_____/

### NOTICE OF SERVICE OF FINAL DEFAULT JUDGMENT ON DEFENDANT

The Plaintiffs, ADVOCATES FOR THE DISABLED, INC., PETER SPALLUTO AND ERNST ROSENKRANTZ, by and through their undersigned counsel, hereby notice the Court that service of Default Judgment in this action was served on 9/18/00 at 4.10 p.m. in Dade County, Florida, a copy of said service is attached to this notice.

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via facsimile and mail. on this  31  day of October, 2000 to:

Finia Jahargard
Facsimile: (770) 619-5228
Miami, Florida 33131

Pompano Land, LLC
1110 North Ocean Drive
Pompano Beach, Florida

                                  FULLER MALLAH & ASSOCIATES, P.A.
                                  Attorneys for Plaintiffs
                                  1111 Lincoln Road, Suite 802
                                  Miami Beach, FL  33139-2493
                                  Tel: (305) 538-6483 (Dade)
                                  Tel: (305) 463-6570 (Brwd)
                                  Fax: (305) 534-9894
                                  By: _____
                                      JUDD A. ARONOWITZ, ESQUIRE
                                      Fla. Bar No.: 316148

W:\WPDocs\A.D.A\#1235-POMPANO LAND LLC\NotSerFinDefJudgm(mm) wpd(sp)

# RETURN OF SERVICE

Case No: 00-6007-CIV-JORDAN

| TO BE SERVED | COURT |
|---|---|
| POMPANO LAND, LLC<br>100 SE 2ND STREET<br>28TH FLOOR'<br>MIAMI, FLORIDA | IN THE U.S. DISTRICT COURT IN AND FOR THE<br>SOUTHERN DISTRICT OF FLORIDA |

| STYLE | WRIT |
|---|---|
| ADVOCATES FOR THE DISABLED, INC<br>VS.<br>POMPANO LAND | FINAL DEFAULT JUDGMENT GRANTING INJUNCTIVE<br>RELIEF |

| SERVED FOR | INFORMATION |
|---|---|
| JOHN D. MALLAH, ESQUIRE<br>FULLER, MALLAH AND ASSOCIATES<br>1111 LINCOLN ROAD, SUITE #802<br>MIAMI BEACH, FLORIDA, 33139 | Court Date:            Court Time:<br>Witness Fee:<br>Document Type: Original<br>Atty File #    1235 |

I received this process 09/14/00 at 3:34 PM and it was served 09/18/00 at 4:10 PM in DADE COUNTY, FLORIDA.

    POMPANO LAND, LLC
    100 SE 2ND STREET
    28TH FLOOR'
    MIAMI, FLORIDA

**CORPORATE SERVICE: (FS 48.081)**

By delivering a copy of the FINAL DEFAULT JUDGMENT GRANTING INJUNCTIVE RELIEF, the date and hour of service endorsed by me, and a copy of plaintiff's initial pleading as furnished by the plaintiff to:
    SUSAN MARREAU
    EMPLOYEE
of said corporation in the absence of any superior officer or director as defined by Florida statute

**OTHER RETURNS:**

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server/Sheriff Appointed in the circuit in which this defendant was served and have no interest in the above action pursuant to F.S. 92.525(2).

| | |
|---|---|
| I hereby certify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true and correct, and that service was made in accordance with Rule 1.410(C) Florida R.C.P., and Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C., and section 520 Et. Seq. | The foregoing instrument was acknowledged before me this 22 day of September, 2000 BY JOSE GARCELL, who is personally known to me, or who was produced a D/L as identification and who DID take an oath. |

| | |
|---|---|
| PROCESS SERVER: JOSE GARCELL (48)<br>CAPLAN, CAPLAN AND KAYE (305) 374-3426<br>CPS Number: 00805666-001 | NOTARY PUBLIC OR PUBLIC OFFICER<br>AND TITLE OR RANK / CCN |