

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6007-CIV-JORDAN

| | |
|---|---|
| ADVOCATES FOR THE DISABLED, INC., *et al.* | ) ) |
| Plaintiffs | ) ) |
| vs. | ) |
| POMPANO LAND, LLC | ) ) |
| Defendant | ) ) |

**ORDER REFERRING CERTAIN MOTIONS TO MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636 and this District's Magistrate Rules, the plaintiffs' motion for costs and attorneys' fees is referred to Magistrate Judge Ted E. Bandstra for a report and recommendation.

DONE and ORDERED in chambers in Miami, Florida, this 17th day of November, 2000.

Adalberto Jordan
United States District Judge

Copy to:   Magistrate Judge Bandstra
           KTG&G Registered Agent Corp.
           Manager, Pompano Beach Motor Lodge
           Judd A. Aronowitz, Esq.