UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE NO.: 00-6007-CIV-JORDAN
MAGISTRATE JUDGE: BANDSTRA

ADVOCATES FOR THE DISABLED, INC.

    Plaintiff(s),

vs.

POMPANO LAND LLC.

    Defendant(s).
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff(s) and Defendant(s), pursuant to the Federal Rules of Civil Procedure hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Stipulation for Settlement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Stipulation for Settlement.

By: _____
Date: 12-7-00
~~Attorney for~~ Defendant(s)

By: _____
Date: 12-13-00
Attorney For Plaintiff(s)
Judd A. Aronowitz, Esquire, Fla.Bar #316148
Fuller, Mallah & Associates, P.A.
1111 Lincoln Road, Suite 802
Miami Beach, Fl. 33139
Tel: (305) 538-6483

W:\WPDocs\A.D.A\#1235-POMPANO LAND LLC\SETIL.wpd