UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6007-CIV-JORDAN/BANDSTRA

ADVOCATES FOR THE DISABLED, INC., et. al.,

    Plaintiffs,

v.

POMPANO LAND LLC, et. al.,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court on Plaintiff's Verified Motion for Attorney's Fees and Costs (D.E. 15) filed on November 13, 2000. Upon review of the motion, the court file and applicable law, and finding no response or objection thereto, it is hereby,

ORDERED AND ADJUDGED that the plaintiff shall serve the verified motion and this Order upon the defendant and proof of service shall be filed with the Court within ten (10) days of the date of this Order. Thereafter, defendant shall file a response to plaintiff's motion within ten (10) days of service of the motion. If no response is filed, the Court may enter an order by default granting the relief requested without further notice.

DONE AND ORDERED in Chambers, at Miami, Florida, this 19th day of December, 2000.

                                                Ted E. Bandstra
                                       United States Magistrate Judge

Copies furnished to:
All Counsel of Record