UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE NO.00-6007-CIV-JORDAN/BANDSTRA



FILED by _____ D.C.
INTAKE
DEC 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

ADVOCATES FOR THE DISABLED, INC. Et al
    Plaintiffs,
vs.
POMPANO LAND, LLC
    Defendants
_____/

## NOTICE OF SETTLEMENT

The Plaintiffs, file this Notice of Settlement having previously filed their stipulation for dismissal (copy attached), and therefore state as follows:

1. On December 19th, 2000 this Court issued its order requiring the Plaintiff to file a Verified Motion for Fees and Costs.

2. As the parties have fully resolved the issues of fees and costs the plaintiff requests that the Court vacate its 12/19/00 order as moot.

WHEREFORE, the plaintiffs request the Court take notice of the stipulation for dismissal, vacate its order of December 19, 2000 and close this case there being no other issues before the Court.

I CERTIFY that a true copy of the foregoing was mailed to Finia Jahanagard, manager-corporate representative for the defendant Pompano Land LLC, 1112 North Ocean Blvd, Pompano Fl. And by fax 770-619-5228.

FULLER, MALLAH & ASSOCIATES, P.A.
Attorneys for Plaintiffs
1111 Lincoln Road, Suite 802
Miami Beach, FL 33139
Tel: (305) 538-6483 / Dade
Tel: (954) 463-6570 / Broward
Fax: (305) 534-9894

By: _____
JUDD ARONOWITZ, ESQ.
Fla. Bar No.: 316148

W:\WPDocs\A.D.A\#1235-POMPANO LAND LLC\notice of settlemnt.wpd SP

NON-COMPLIANCE OF S.D. Fla. L.R. _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE NO.: 00-6007-CIV-JORDAN
MAGISTRATE JUDGE: BANDSTRA



MAILED
to Court & ψ
12/19/00

ADVOCATES FOR THE DISABLED, INC.

    Plaintiff(s),

vs.

POMPANO LAND LLC.

    Defendant(s).
_____/

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff(s) and Defendant(s), pursuant to the Federal Rules of Civil Procedure hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Stipulation for Settlement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Stipulation for Settlement.

By: _____
Date: 12-7-00
~~Attorney for~~ Defendant(s)

By: _____
Date: 12-13-00
Attorney For Plaintiff(s)
Judd A. Aronowitz, Esquire, Fla.Bar #316148
Fuller, Mallah & Associates, P.A.
1111 Lincoln Road, Suite 802
Miami Beach, Fl. 33139
Tel: (305) 538-6483

W:\WPDocs\A.D.A\#1235-POMPANO LAND LLC\SETTL.1.wpd