

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6007-CIV-JORDAN

ADVOCATES FOR THE DISABLED, )
INC., *et al.* )
)
    Plaintiffs )
)
vs. )
)
POMPANO LAND, LLC )
)
    Defendant )
_____ )

## ORDER

    A default judgment and permanent injunction was entered in this case on September 7, 2000 [D.E. 11]. Jurisdiction was retained only to enforce the injunctive relief ordered. The parties' joint stipulation for dismissal with prejudice is therefore viewed as an indication that Pompano Land has complied with the injunction, and the parties have amicably resolved all other matters.

    DONE and ORDERED in chambers in Miami, Florida, this 26th day of January, 2001.

                                          _____
                                          Adalberto Jordan
                                          United States District Judge

Copy to:    Finia Jahanagard, Manager, Pompano Beach Motor Lodge, 1112 N. Ocean Blvd., Pompano, FL
                Lawrence A. Fuller, Esq.