

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6007-CIV-JORDAN

| | |
|---|---|
| ADVOCATES FOR THE DISABLED, INC., *et al.* | )<br>)<br>) |
| Plaintiffs | )<br>) |
| vs. | ) |
| POMPANO LAND, LLC | )<br>) |
| Defendant | )<br>) |

## ADMINISTRATIVE ORDER

In light of the parties' stipulation of settlement, the plaintiffs' motion for attorneys' fees [D.E. 15] is DENIED AS MOOT. The clerk shall remove the motion from the pending motions list.

DONE and ORDERED in chambers in Miami, Florida, this 27th day of June, 2001.

Adalberto Jordan
United States District Judge

Copy to:   Finia Jahanagard, Manager, Pompano Beach Motor Lodge, 1112 N. Ocean Blvd., Pompano, FL
Lawrence A. Fuller, Esq.

